# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>C.D.C.R., et al.,<br>　　　　　Respondents. | NO. ED CV 12-2153 SJO (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 18, 2012.

*S. James Otero*

　　　　　　S. JAMES OTERO
　　UNITED STATES DISTRICT JUDGE